CAROL GOLDING, Respondent, v. RENEE MAUSS et al., Appellants.—

Concur — Eager, McGivern and Steuer, JJ.; Stevens, P. J., and Tilzer, J., dissent and would affirm on the ground that there was sufficient, prima facie, to warrant a submission to the jury and its verdict should not be disturbed.

MAGLIFICIO ITALIANO DI ZIRONI INCERTI VALENTINA, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.—

Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.